**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Sergio Manuel Chilel Lopez,

Plaintiff,

v.

Ur M Jaddou,

Defendant.

No. CV-25-00285-PHX-DWL (ASB)

**ORDER**

On January 29, 2025, Sergio Lopez, through counsel, filed a Complaint for a Writ of Mandamus to compel the United States Citizenship and Immigration Service ("USCIS") to adjudicate his petition for a T-visa as a victim of human trafficking. (Doc. 1.) Because Mr. Lopez had been detained by Immigrations and Customs Enforcement ("ICE") immediately prior to filing his complaint, Mr. Lopez also filed a motion for temporary restraining order ("TRO") to enjoin his removal pending resolution of this action. (Doc. 2.) On January 30, 2025, after an emergency hearing, the Court denied the request for a TRO. (Doc. 8.)

On February 19, 2025, Mr. Lopez filed an amended complaint for mandamus relief, contending that the refusal to adjudicate his visa application violates his due process rights and the Administrative Procedures Act ("APA"); challenging the regulation that permits ICE to execute removal orders prior to adjudication of a T-visa application; arguing that his removal would violate his due process rights; and challenging USCIS's initial bona fide determination as arbitrary and capricious. (Doc. 10.) The Court will require Defendants

to answer the First Amended Complaint.

**IT IS ORDERED:**

(1) If not already issued, the Clerk's Office shall issue any properly completed summonses.

(2) Plaintiff must either serve each Defendant or seek a waiver of service for each Defendant.

(3) If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and First Amended Complaint on a Defendant within 90 days of the filing of the First Amended Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m).

(4) Defendants must answer the First Amended Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

(5) This matter is referred to Magistrate Judge Alison S. Bachus pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1).

Dated this 26th day of February, 2025.

Dominic W. Lanza
United States District Judge